# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## CA 25-683 consolidated with CA 25-682

SKYLAR STOUTE

VERSUS

STATE FARM MUTUAL AUTOMOBILE INSURANCE, KINGDOM ELECTRIC LLC, AND JASON HIGGINS

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2021-3030 C/W 2021-2889
HONORABLE DAVID M. SMITH, DISTRICT JUDGE

**********

## GUY E. BRADBERRY
## JUDGE

**********

Court composed of Van H. Kyzar, Guy E. Bradberry, and Clayton Davis, Judges.

**AFFIRMED.**

**John W. Penny, Jr.**
**C. Shannon Hardy**
**Penny & Hardy**
**P.O. Box 2187**
**Lafayette, LA 70502**
**(337) 231-1955**
**COUNSEL FOR DEFENDANT/APPELLEE:**
        **Kingdom Electric, LLC**

**David O. Way**
**Oliver & Way**
**P.O. Box 82447**
**Lafayette, LA 70598-2447**
**(337) 988-3500**
**COUNSEL FOR DEFENDANT/APPELLEE:**
        **Jason Higgins**

**Joseph T. Puhekker**
**Leah B. Guilbeau & Associates**
**4023 Ambassador Caffery Parkway**
**Caffery Plaza, Suite 100**
**Lafayette, LA 70503**
**(337) 988-7240**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
        **Kingdom Electric, LLC**
        **State Farm Mutual Automobile Insurance Company**

**Derriel C. McCorvey**
**McCorvey Law, L.L.C.**
**102 Versailles Boulevard, Suite 620**
**P.O. Box 2473**
**Lafayette, LA 70502**
**(337) 291-2431**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
        **Rhonda Foreman**

**Robert B. Brahan, Jr.**
**Broussard & David, LLC**
**P.O. Box 3524**
**557 Jefferson Street**
**Lafayette, LA 70502**
**(337) 233-2323**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
        **Skylar Stoute**

**Kaitlyn Bourg**
**Proteous, Hainkel & Johnson, L.L.P.**
**200 Beaullieu Drive, Building 3A**
**Lafayette, LA 70508**
**(337) 291-2440**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **State Farm Fire & Casualty Company**

**Alexandria L. LeBlanc**
**Haik, Minvielle, Grubbs & D'Albor**
**1101 East Admiral Doyle Drive, Suite 503**
**New Iberia, LA 70560**
**(337) 365-5486**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Park Place Surgery Center**
    **Lafayette Surgical Specialty Hospital**

**BRADBERRY, Judge.**

For the reasons assigned in *Foreman v. Higgins, et al.*, 25-682 (La.App. 3 Cir. / / 26), ___ So.3d ___, handed down this day, we affirm the judgment of the trial court. All costs are assessed to Rhonda Foreman.

**AFFIRMED.**